

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00158-CV

_____

KELSEY BURCH, Appellant

V.

ALEX LANDRY, Appellee

---

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-318810-20

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant Kelsey Burch has filed an "Agreed Motion to Dismiss Appeal," which is signed by the parties' attorneys. We grant the motion and dismiss the appeal as contemplated in the parties' Rule 11 agreement. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f).

Pursuant to the parties' agreement, they must bear their own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 29, 2021